IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LOUIS JENKINS,

    Petitioner,                    No. CIV S-08-2678 GGH P

    vs.

M.C. KRAMER, Warden,

    Respondent.                ORDER

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. Petitioner has not filed an affidavit in support of his request to proceed in forma pauperis or the appropriate filing fee.

        The application attacks a conviction issued by the San Mateo Superior Court. While both this Court and the United States District Court in the district where petitioner was convicted have jurisdiction, see Braden v. 30th Judicial Circuit Court, 410 U.S. 484 (1973), any and all witnesses and evidence necessary for the resolution of petitioner's application are more readily available in San Mateo County. Id. at 499 n.15; 28 U.S.C. § 2241(d).

/////

/////

/////

1

1   Accordingly, in the furtherance of justice, IT IS HEREBY ORDERED that this
2   matter is transferred to the United States District Court for the Northern District of California.
3   DATED: November 20, 2008

/s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
jenk2678.108WPD